JER/Vela


**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FOR PUBLICATION IN FULL

Cushman, Darby & Cushman
Att: James L. Dooley
1615 L Street, N.W. 11th Floor
Washington, D.C. 20036

In re Eta Systems, Inc.

Serial No. 515,302

Filed: December 24, 1984
**MAILED**

**NOV 28 1988**

**PAT. & T. M. OFFICE**

In a decision dated March 6, 1987, the Board affirmed the refusal to register in this application, which was filed pursuant to Section 44 of the Trademark Act of 1946, because applicant concededly had neither use in the United States nor a bona fide real and effective industrial or commercial establishment in France, the country which issued the registration upon which applicant relied, or in any other country outside the United States.

Applicant filed a civil action seeking review of the Board's decision, in the United States District Court, District of Minnesota, Fourth Division (the civil action was later transferred to the United States District Court for the Eastern District of Virginia, as Civil Action No. 88-1097-A). Thereafter, applicant filed a petition to the Commissioner to reopen the application, asserting that subsequent to the filing of the application, it established a real and effective industrial or commercial establishment in France, and commenced use of its mark on at least some of its goods in commerce. The

Serial No. 515,302

petition was granted by the Commissioner on October 19, 1988. In his decision granting the petition, the Commissioner allowed applicant two months from the date thereof in which to present any additional evidence it wished the Patent and Trademark Office to consider. The Commissioner also authorized the Trademark Examining Attorney to consider the new evidence on the merits. On October 31, 1988, the civil action was dismissed without prejudice.

In view of the foregoing, the Board's decision of March 6, 1987 is set aside, and the application is forwarded to the Examining Attorney for further consideration in accordance with the Commissioner's decision.

J. E. Rice

L. E. Rooney

R. L. Simms
Members, Trademark
Trial and Appeal Board

2